| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Robert C Tulo** | | | Social Security number or ITIN **xxx–xx–9211** |
| | First Name | Middle Name | Last Name | EIN $\_\_–_____$ |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN $\_\_\_\_$ |
| | | | | EIN $\_\_–_____$ |
| United States Bankruptcy Court | **Northern District of Illinois** | | | Date case filed for chapter **13 6/11/20** |
| Case number: | **20–12281** | | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case
12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert C Tulo | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1300 Borden Dr Elgin, IL 60120 | |
| 4. | **Debtor's attorney** Name and address | David H Cutler Cutler & Associates, Ltd. 4131 Main St. Skokie, IL 60076 | Contact phone 847–673–8600 Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | Tom Vaughn 55 E. Monroe Street, Suite 3850 Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 6/12/20 |

**For more information, see page 2**

Debtor  Robert C Tulo

Case number **20–12281**

| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 7, 2020 at 12:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Debtors must bring a picture ID and proof of their Social Security Number.** | **Location:** **Appear by Video Conference., For instructions,, visit: www.tomvaughntrustee.com** |
|---|---|---|
| 8. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br><br> **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/8/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/20/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/8/20** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **7/28/20 at 10:30 AM** , Location: **219 South Dearborn, Courtroom 742, Chicago, IL 60604** <br><br> **The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500.00** <br> Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 20-12281-CAD
Robert C Tulo                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lsims              Page 1 of 2           Date Rcvd: Jun 12, 2020
                             Form ID: 309I            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2020.
```
db             +Robert C Tulo,   1300 Borden Dr,   Elgin, IL 60120-4348
28889540       +Aspire/Cardholder Services,   Attn: Cardholder Services,   Po Box 105555,
                Atlanta, GA 30348-5555
28889541       +Banquet Financial,   607 Dundee Ave,   Elgin, IL 60120-3820
28889542       +Bridgecrest,   PO Box 52020,   Phoenix, AZ 85072-2020
28889547       +Check and Go,   4540 Cooper Rd, Ste 200,   Cincinnati, OH 45242-5649
28889550       +Dow Financial,   Attention: Bankruptcy Department,   1100 Plainfield Rd,
                Joliet, IL 60435-4435
28889558       +Jared/Sterling Jewelers,   Attn: Bankruptcy,   Po Box 3680,   Akron, OH 44309-3680
28889559       +Kay Jewelers/Sterling Jewelers Inc.,   Sterling Jewelers,   Po Box 1799,   Akron, OH 44309-1799
28889561       +Quality Craft,   1155 Bowes Rd,   Elgin, IL 60123-5541
28889563       +Select Portfolio Services,   3815 South West Temple,   Salt Lake City, UT 84115-4412
28889566       +Terri Tulo,   1300 Borden Dr,   Elgin, IL 60120-4348
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: cutlerfilings@gmail.com Jun 13 2020 01:41:45    David H Cutler,
                Cutler & Associates, Ltd.,   4131 Main St.,   Skokie, IL  60076
tr             +E-mail/Text: bncnotice@tomvaughntrustee.com Jun 13 2020 01:42:53    Tom Vaughn,
                55 E. Monroe Street, Suite 3850,   Chicago, IL 60603-5764
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jun 13 2020 01:42:19    Patrick S Layng,
                Office of the U.S. Trustee, Region 11,   219 S Dearborn St,   Room 873,
                Chicago, IL 60604-2027
28889539       +EDI: AGFINANCE.COM Jun 13 2020 05:33:00    American General Financial/Springleaf Fi,
                Springleaf Financial/Attn: Bankruptcy De,   Po Box 3251,   Evansville, IN 47731-3251
28889544       +EDI: CAPITALONE.COM Jun 13 2020 05:33:00    Capital One,   Po Box 5253,
                Carol Stream, IL 60197-5253
28889543       +EDI: CAPITALONE.COM Jun 13 2020 05:33:00    Capital One,   Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
28889545       +EDI: CAPONEAUTO.COM Jun 13 2020 05:33:00    Capital One Auto Finance,   7933 Preston Rd,
                Plano, TX 75024-2302
28889548       +EDI: CITICORP.COM Jun 13 2020 05:33:00    Citibank/Exxon Mobile,
                Citicorp Credit Srvs/Centralized Bankru,   Po Box 790040,   St Louis, MO 63179-0040
28889549       +E-mail/Text: ebnnotifications@creditacceptance.com Jun 13 2020 01:41:59    Credit Acceptance,
                25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
28889551       +EDI: DRIV.COM Jun 13 2020 05:33:00    Drive Financial,   8585 N Stemmons,
                Dallas, TX 75247-3822
28889552       +E-mail/Text: lisa@dnacfinance.com Jun 13 2020 01:42:43    Drivenow,   777 Dundee Ave,
                East Dundee, IL 60118-3049
28889553       +EDI: DVTM.COM Jun 13 2020 05:33:00    Dt Credit Co,   Attention: Bankruptcy Department,
                Po Box 29018,   Phoenix, AZ 85038-9018
28889555       +EDI: AMINFOFP.COM Jun 13 2020 05:33:00    First Premier Bank,   601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
28889556        E-mail/Text: rev.bankruptcy@illinois.gov Jun 13 2020 01:42:24
                Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
28889557        EDI: IRS.COM Jun 13 2020 05:33:00    Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
28889546        EDI: JPMORGANCHASE Jun 13 2020 05:33:00    Chase,   PO Box 15298,   Wilmington, DE 19850
28889560       +E-mail/Text: bknotice@ncmllc.com Jun 13 2020 01:42:36    National Capital Management,
                8245 Tournament Dr,   Ste 230,   Memphis, TN 38125-1741
28889562       +EDI: DRIV.COM Jun 13 2020 05:33:00    Santander Consumer USA,   Po Box 961245,
                Fort Worth, TX 76161-0244
28889564       +EDI: RMSC.COM Jun 13 2020 05:33:00    Synchrony Bank,   Po Box 103104,
                Roswell, GA 30076-9104
28889565        EDI: AISTMBL.COM Jun 13 2020 05:33:00    T-Mobile Bankruptcy Team,   PO Box 53410,
                Bellevue, WA 98015
                                                                                          TOTAL: 20
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28889554        ##+Fiat Financial Money Center ltd,   109 East Lake street,   Bartlett, IL 60103-4143
                                                                         TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1        User: lsims              Page 2 of 2            Date Rcvd: Jun 12, 2020
                           Form ID: 309I            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2020 at the address(es) listed below:
          David H Cutler   on behalf of Debtor 1 Robert C Tulo cutlerfilings@gmail.com,
        r48280@notify.bestcase.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Tom  Vaughn   ecf@tvch13.net,  ecfchi@gmail.com
                                                                             TOTAL: 3
```